# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Barren Mar Thuna, <br>     Plaintiff <br> v. <br> Philip J. Kohn, et al., <br>     Defendants | 2:17-cv-02395-JAD-VCF <br><br> **Order Adopting Recommendation** <br><br> [ECF No. 7] |

Pro se plaintiff Barren Mar Thuna is suing the Clark County Public Defender, multiple deputy public defenders, and a justice court judge for allegedly violating his First, Fifth, Sixth, and Eighth Amendment rights.[1] On October 23, 2017, Magistrate Judge Cam Ferenbach screened Thuna's complaint, and he recommends that I dismiss counts 1–3 against the justice court judge only and count 4 against all defendants.[2]

November 6, 2017, was the deadline to file objections; that deadline has now passed and Thuna has not objected to Judge Ferenbach's recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation **[ECF No. 7 at 6:21–22] is ADOPTED**. Counts 1–3

---

[1] ECF No. 1-1.

[2] ECF No. 7.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyn-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

are **DISMISSED against Justice Court Judge Joseph Scisento** and Count 4 is **DISMISSED against all defendants**.

DATED: November 15, 2017.

_____
U.S. District Judge Jennifer A. Dorsey