# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Barren Mar Thuna, | 2:17-cv-02395-JAD-VCF |
| Plaintiff | **Order Re: Objection** |
| v. | [ECF No. 13] |
| Philip J. Kohn, et al., | |
| Defendants | |

Pro se plaintiff Barren Mar Thuna sued the Clark County Public Defender, multiple deputy public defenders, and a justice court judge for allegedly violating his First, Fifth, Sixth, and Eighth Amendment rights.[1] On October 23, 2017, Magistrate Judge Cam Ferenbach screened Thuna's complaint, and he recommended that the court dismiss counts 1–3 against the justice court judge only and count 4 against all defendants.[2] The court received no objections, and on November 15, 2017, adopted that recommendation and dismissed those claims.[3]

Thuna has filed an "objection" to that dismissal order, explaining that he did file an objection but it must have been a casualty of "questionable" mail delivery at his detention facility.[4] He asks for the opportunity to file objections.

I construe his "objection" [ECF No. 13] as a motion for reconsideration, and—good cause appearing—I grant that motion. Thuna has until December 29, 2017, to file a renewed motion for reconsideration that includes all the points and authorities that he offered in his never-received objection. The court will then reconsider the magistrate judge's report and

---

[1] ECF No. 1-1.

[2] ECF No. 7.

[3] ECF No. 12.

[4] ECF No. 13.

recommendation de novo in light of Thuna's arguments.

Accordingly, IT IS HEREBY ORDERED that the "objection," liberally construed as a motion for reconsideration, **[ECF No. 13] is GRANTED**. Thuna has until December 29, 2017, to file a renewed motion for reconsideration that includes the arguments raised in his original, never-received objection.

DATED: December 4, 2017.

_____
U.S. District Judge Jennifer A. Dorsey