# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BARREN MAR THUNA,<br><br>           Plaintiff,<br><br>vs.<br><br>PHILLIP J. KOHN, *et al.*,<br><br>           Defendants. | 2:17-cv-02395-JAD-VCF<br>**ORDER** |

      Before the Court is Plaintiff Barren Mar Thuna's Motion for Second Summons. (ECF No. 17).

      On October 24, 2017, the Court issued Summons to Quintin M. Dollente. The U.S. Marshal was unable to serve Dollente at the address provided by Thuna. On November 13, 2017, the Summons to Dollente was returned as unexecuted. (ECF No. 11 at 1). Thuna is now asking the Court to issue another Summons so he can serve Dollente at the correct address.

      In the screening order (ECF No. 7), the Court ordered that if the plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendants, then a motion must be filed with the Court identifying the unserved defendants, specifying a more detailed name and address, and indicating whether some other manner of service should be used. Here, it is clear that Plaintiff seeks to attempt service again on Dollente and Plaintiff's Motion for Second Summons (ECF No. 17) will be construed as a motion for service. Given that Plaintiff has found another address, the Court will allow Plaintiff to attempt service on Dollente again.

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff Barren Mar Thuna's Motion for Second Summons (ECF No. 17) is GRANTED.

1  The Clerk of Court is directed to issue another Summons to Dollente. The Clerk of Court must
2  send a copy of the Summons and a blank copy of the USM-285 form to Plaintiff. Plaintiff has 20 days to
3  furnish to the U.S. Marshal the required USM-285 form. Within 20 days after Plaintiff receives copy of
4  the completed USM-285 form from the U.S. Marshal, Plaintiff must file a notice with the Court identifying
5  if defendant was served.

6  Given that Plaintiff has filed the instant motion on December 26, 2017 and the last day to effectuate
7  service is January 21, 2018, the Court will extend the time to effectuate service of the Complaint and
8  Summons on Dollente to February 28, 2018.

9  IT IS SO ORDERED.

10  DATED this 12th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE